```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30287
   JENNIFER A MCGUIRE
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-8308
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/02/05 and confirmed on 11/18/05.

   2.   The case was dismissed after confirmation, 11/30/2007.

   3.   The Debtor paid a total of $    2008.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BMW FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2251.92 | .00 | 54.63 |
| SMC | UNSECURED | 385.47 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14087.70 | .00 | 426.44 |
| DISCOVER BANK | UNSECURED | 3564.74 | .00 | 107.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 681.77 | .00 | 16.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2559.06 | .00 | 77.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11501.55 | .00 | 348.14 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2345.48 | .00 | 56.90 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 867.03 | .00 | 21.03 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 412.74 | .00 | .00 |

      Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 38657.46 | .00 | 38657.46 |
| PRINCIPAL PAID | .00 | .00 | 1109.06 | .00 | 1109.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1109.06 | .00 | 1109.06 |

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2431.00
and was paid $    406.00   direct and $    811.08   through the plan.

The Trustee received $      87.86 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/12/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```